**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OWEN HARTY,**

                **Plaintiff,**

**-vs-**                                                          **Case No. 6:10-cv-1333-Orl-28GJK**

**MAL-MOTELS, INC.,**

                **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Verified Application for Attorney's Fees, Costs, Expert Witness Fees and Litigation Expenses (Doc. No. 62) filed July 26, 2012, and Defendant's Motion for Award of Attorney's Fees (Doc. No. 64) filed July 30, 2012. The United States Magistrate Judge has submitted a report recommending that Plaintiff's Motion be granted in part and denied in part, and that Defendant's Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 26, 2012 (Doc. No. 67) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Verified Application for Attorney's Fees, Costs, Expert Witness Fees and Litigation Expenses (Doc. No. 62) is **GRANTED in part** and **DENIED in part**.

3. Plaintiff is awarded $32,268.50 in attorney's fees, costs and litigation expenses ($28,230.00 in attorney's fees; $199.50 in paralegal fees; and $3,839.00 for costs, expert fees and a re-inspection fee).

4. Defendant's Motion for Award of Attorney's Fees and Costs (Doc. No. 64) is **DENIED**.

5. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $32,268.50.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 14th day of December, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record