# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OWEN HARTY,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No: 6:10-cv-1333-Orl-28GJK**

**MAL-MOTELS, INC.,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **AMENDED MOTION FOR WRIT OF GARNISHMENT AFTER JUDGMENT (Doc. No. 73)** |
| **FILED:** | **July 16, 2013** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **AMENDED MOTION FOR WRIT OF GARNISHMENT AFTER JUDGMENT (Doc. No. 74)** |
| **FILED:** | **July 16, 2013** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

On December 17, 2012, judgment was entered in favor of Plaintiff with respect to attorney fees and costs in the amount of $32,268.50. Doc. No. 69. Plaintiff now moves for writs

of garnishment (the "Motions") as to funds belonging to Defendant and being held by SunTrust Bank, located at 200 S. Orange Ave, Orlando, Florida 32801 ("SunTrust") (Doc. No. 73) and South Brevard Food, Inc., located at 1107 Malabar Road, Palm Bay, Florida 32907 ("South Brevard Food") (Doc. No. 74).

Pursuant to Section 77.28, Florida Statutes, before a court may issue a writ of garnishment, the party applying for a writ of garnishment shall deposit $100.00 in the Court registry which shall be paid to the garnishee on the garnishee's demand at any time after the service of the writ for the payment or part payment of the garnishee's attorney's fees. Fla. Stat. § 77.28. Pursuant to Local Rule 6.01(c)(19) and based on the papers filed by Plaintiff, it appears that Plaintiff is entitled to the issuance of writs of garnishment directed to the garnishees, SunTrust and South Brevard Food. Accordingly, the Motions are **GRANTED**. **Plaintiff shall pay $100.00 into the registry of this Court as required by Section 77.28, Florida Statutes, for each writ of garnishment. Upon payment of the $200.00, the Clerk shall issue the writs of garnishment attached to the Motions**.

**DONE** and **ORDERED** in Orlando, Florida on July 17, 2013.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties