UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

OWEN HARTY,

        Plaintiff,

v.                       Case No: 6:10-cv-1333-JA-GJK

MAL-MOTELS, INC.,

_____/

## WRIT OF GARNISHMENT

**THE STATE OF FLORIDA**

**To All and Singular the Sheriffs of the State:**

      **YOU ARE COMMANDED** to summon Garnishee, South Brevard Food, Inc., 1107 Malabar Road, Palm Bay, Florida to serve an answer to this Writ on Philip Michael Cullen, III, attorney for Plaintiff, 621 South Federal Highway, Suite Four, Fort Lauderdale, Florida, 33301, within twenty (20) days after the service on the Garnishee, exclusive of the day of service and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant, Mal-Motels, Inc., at the time of the answer or was indebted at the time of the service of the Writ, or at any time between such times, and in what sum and what tangible and intangible personal property of Mal-Motels, Inc., the Garnishee has in it's possession or control at the time of the answer, or had at the time of service of this Writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to Mal-Motels, Inc., who may have any of the property of Mal-Motels, Inc., in their possession or control. The amount set in Plaintiff's, motion is seventeen thousand, two hundred, sixty-eight and 50/100 ($17,268,50), That amount remains unpaid.

WITNESS my hand and seal of this Court on this 23 day of July, 2013

_C. Heydens_
Deputy Clerk
**UNITED STATES DISTRICT COURT**